# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

IN RE: Nolan Bell Douglas            CHAPTER 13

)
) NO.: 10-09380
)
Debtors.     ) Judge: Jack B Schmetterer

## NOTICE OF MOTION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 20 2010
KENNETH S. GARDNER, CLERK
PS REP. - MBM

TO: ATTACHED SERVICE LIST

and Tom Vaughn Chapter 13 Trustee

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Schmetterer or any other judge sitting in his/her place and stead at the Federal Courthouse, located at 219 S. Dearborn Street, in Courtroom 682, on 4/28/2010 at 11:00 Am and then and there present the attached Motion.

_____
Debtor(s) Pro Se

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that (s)he served a copy of the attached motion and this Notice of Motion on the above named person(s) by placing a copy of same in an envelope addressed as stated above, postage prepaid, and placing same in the U.S. Mail on the _____ day of April 20, 2010

except that Chapter 13 trustee will receive notice through electronic case filing system.

_____
Debtor(s), Pro Se

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

IN RE: Nolan Douglas  )  CHAPTER 13
  )
  )  NO. 10-09380
  )
Debtors.  )  Judge Jack B Schmetterer

## MOTION TO EXTEND AUTOMATIC STAY

NOW COMES DEBTOR(s), PRO SE and moves to Extend Automatic Stay, and in support thereof, avers as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and the general orders of the Northern District of Illinois.
2. Venue is fixed pursuant to 28 U.S.C. Section 1409
3. This matter constitutes a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A).
4. On 3-5, 2010, Debtor filed a case under Chapter 13 of the Bankruptcy Code.
5. Debtor seeks to extend the automatic stay with respect to all creditors.
6. Debtor has filed one prior case within the last year. Case number 10-02299 was filed on 1-21-2010 and dismissed on Feb. 18-2010 due to No No Certificate of Counseling
7. Changed circumstances that make this case more likely to succeed are:

See (a) attached copies of Schedules I and J from current and previous cases

8. At this time, Debtor is able to propose a feasible Chapter 13 plan. Debtor has filed a Chapter 13 on _____March 5, 2010_____.

9. Debtor asks that the Court extend the automatic stay with respect to all creditors, or in the alternative, impose a temporary stay until conclusion of a final hearing on extending the automatic stay.

WHEREFORE, Pursuant to 362(c)(4)(A)(I) Debtor prays that this Honorable Court enter an Order extending the automatic stay, or in the alternative, enter a temporary stay until the conclusion of a final hearing extending the automatic stay, and for any other relief the Court deems equitable and just.

Respectfully submitted,

_____
Debtor(s), Pro Se

AT&T  
PO Box 8100  
Aurora, IL 60507  
(15238091)  
(cr)

At&T  
Bankruptcy Department  
5407 Addr  
Midland Tax 79709  
(15209609)  
(cr)

AT&T  
Bankruptcy Dept  
5407 Andrews Hyway  
Midland, TX 79709  
(15238082)  
(cr)

AT&T Mobility  
PO Box 6428  
Carol Stream, IL 60197  
(15238086)  
(cr)

Bank of America  
PO Box 1598  
Norfolk, VA 23501  
(15238078)  
(cr)

Certegy  
PO Box 30046  
Tampa, FL 33630  
(15238090)  
(cr)

Chase Bank  
PO Box 260180  
Baton Rouge, LA 70226  
(15238067)  
(cr)

Chase Bank  
PO Box 36520  
Lousville, KY  
(15238095)  
(cr)

City of Hammond  
3031 Mahoney Dr  
Hammond, IN 46823  
(15238077)  
(cr)

Clerk of the Circuit Court  
Traffic Division  
50 W Washington  
Chicago, IL 60602  
(15238094)  
(cr)

Comcast  
PO Box 3002  
Southeastern, PA 19398  
(15238083)  
(cr)

ComEd  
PO Box 6111  
Carol Stream, IL 60197  
(15238087)  
(cr)

Cook County States Atty  
PO Box A3984  
Chicago, IL 60690  
(15238065)  
(cr)

Credit Protection  
1st Premier Bank  
One Galleria Tower  
Noble Rand  
Dallas, TX 25240  
(15238079)  
(cr)

Credit Services  
5300 S 6th St  
Springfield, IL  
(15238071)  
(cr)

Dept of Veterans Affairs  
PO Box 530269  
Atlanta, GA 30353  
(15238066)  
(cr)

Direct TV  
PO Box 9001069  
Louisville, KY 40290  
(15238092)  
(cr)

First Premier Bank  
601 S Minnesota Ave  
Sioux Falls, SD 57104  
(15238084)  
(cr)

Groen Wast Service  
13740 Kosher Ave  
Midlothian, IL  
(15238074)  
(cr)

Guaranty Bank  
PO Box 240200  
Milwaukee, WI 53224  
(15238068)  
(cr)

Hinkley Springs  
6156 S Harlem Ave  
Chicago, IL 60638  
(15238075)  
(cr)

Horseshoe Casino  
7777 Casino Center Dr  
Hammond, IN 46320  
(15238076)  
(cr)

**HSBC Card Service**  (15238070)
PO Box 5213  (cr)
Carol Stream, IL 60197

**HSBC Card Service**  (15209608)
PO Box 5213  (cr)
Carol Stream, IL 60197

**IL Dept of Revenue**  (15238064)
PO Box 19006  (cr)
Springfield, IL

**IRS**  (15238063)
PO Box 233  (cr)
Chalotte, NC 28201

**LaDonna Watts**  (15238096)
216 Porter Lane  (cr)
Bolingbrook, IL 60440

**National Action**
Financial Services  (15238073)
165 Raw Rence  (cr)
Bell Drive
Williams, NY

**National Credit Adjusters**  (15238072)
PO Box 3023-327 W 4th St  (cr)
Hutchinson, KS 67504

**Traffic Dept of Revenue**  (15238093)
4200 W Main St  (cr)
Country Club Hills IL 60978

**Peoples Gas**  (15238080)
Chicago, IL 60601  (cr)

**Peoples Gas**
Harris & Harris Ltd  (15238081)
600 W Jackson 700  (cr)
Chicago, IL 60661

**Pinnacle Financial Group**
7825 Washington Ave  (15238085)
Ste 410  (cr)
Minneapolis, Minnesota 55439

**Richard Cooper Jr**  (15238088)
7747 S Avolan  (cr)
Chicago, IL 60620

**Richard Cooper Jr**  (15238089)
PO Box 19473  (cr)
Chicago, IL 60619

**Roundup Funding, LLC**
MS 550  (15215942)
PO Box 91121  (cr)
Seattle, WA 98111-9221

**Seaway Bank**  (15238069)
645 E 87th St  (cr)
Chicago, IL 60619