## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE                       )

                             )

NOLAN B. DOUGLAS         )       No. 10 B 09380

                             )

              Debtor.           )

### ORDER STAYING ALL ACTIONS AGAINST DEBTOR
### THAT ARE PROHIBITED UNDER 11 U.S.C. § 362

For reasons set forth in the Memorandum Opinion of this date,

**IT IS HEREBY ORDERED AND ADJUDGED that:**

1.     An injunction and stay in the debtor's favor against any acts against the debtor or his property or assets, applicable to all persons and entities, is hereby imposed to the same extent, and with the same limitations, as set forth in 11 U.S.C. § 362, provided however that the stay applies only to actions that occur after entry of this Order.

2.     This Order does not apply to any actions that occurred after the automatic stay of 11 U.S.C. § 362 expired in this case on April 4, 2010, and the date of the entry of this Order.

                            ENTER:

                            _____

                            Jack B. Schmetterer
                            United States Bankruptcy Judge

Dated this 13th day of May, 2010.